

# Fourth Court of Appeals
## San Antonio, Texas

September 14, 2016

No. 04-16-00417-CV

**IN THE INTEREST OF M.A.B., A CHILD**,

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2015EM504304
Honorable Nick Catoe Jr., Judge Presiding

## O R D E R

On June 29, 2016, Justin Russell Adcock Cano filed a notice of appeal from the trial court's judgment. Due to appellant's failure to file a docketing statement or pay the filing fee, this Court ordered appellant to show cause in writing that either: (1) the filing fee has been paid; or (2) appellant is entitled to appeal without paying the filing fee. Upon further review, Adcock's notice of appeal contains a statement of indigence, which this Court construes as an affidavit of inability to pay costs in this court. The record is not clear whether Adcock filed the same notice of indigency in the trial court. *See* TEX. R. APP. P. 5, 20.1.

A party who cannot pay the costs of an appeal must file an affidavit of indigence "in the trial court with or before the notice of appeal." TEX. R. APP. P. 20.1(c)(1). Adcock's affidavit was therefore due in the trial court on the date his notice of appeal was filed, or a motion for extension of time to file the affidavit was due in this court fifteen days later. *See* TEX. R. APP. P. 20.1(c)(1), (3).

We construe the notice of appeal containing a statement of indigency filed in this court as a motion for extension of time to file the affidavit in the trial court. Accordingly, we GRANT the motion to extend time to file an affidavit of inability to pay costs. *See Higgins v. Randall County Sheriff's Office*, 257 S.W.3d 684 (Tex. 2008).

We ORDER the clerk of this court to send copies of the notice of appeal and this order to the trial court clerk, the court reporter, and all parties. *See* TEX. R. APP. P. 20.1(d)(2).

We further ORDER the deadline for filing a contest to the affidavit of indigence is September 19, 2016. Any contest must be filed in this court. *See* TEX. R. APP. P. 20.1(e)(1).

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of September, 2016.



Keith E. Hottle
Clerk of Court